UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERVEST INTERNATIONAL
EQUITIES CORPORATION,

      Petitioner,

v.                                             Case No. 12-CV-13750
                                                  Honorable Denise Page Hood

MICHAEL AND PATRICIA ABERLICH,

      Respondents.

_____/

## **JUDGMENT**

    **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date March 29, 2013, this cause of action is **DISMISSED.**  Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

    Dated at Detroit, Michigan this 29th day of March, 2013

                                                                DAVID J. WEAVER
                                                                CLERK OF THE COURT

                                                                BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                                      S/LaShawn R. Saulsberry
                                      Case Manager